No. 71–1247
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 3, 1971.

**George G. GIORDANO, Petitioner-Appellant,**

v.

**J. J. CLARK, Warden, Respondent-Appellee.**

No. 71–1765
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 1971.

Larry A. Klein, John W. Dell, Cone, Wagner, Nugent, Johnson & McKeown,

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

**150**

George G. Giordano, pro se.

John W. Stokes, Jr., U. S. Atty., Anthony M. Arnold, Asst. U. S. Atty., for respondent-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]